IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON PUGH, <br> AIS #00212315, <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER GORDY, <br> *Correctional Warden III*, <br> *Bibb Correctional Facility*, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIV. ACTION: 1:22-00323-KD-N <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

# ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge, (Doc. 47), made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72 and dated May 7, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Pugh's operative petition for a writ of habeas corpus under 28 U.S.C. § 2241 is **dismissed without prejudice** as moot and that Pugh is denied a Certificate of Appealability in connection with this dismissal. Final judgment will be set out by separate document in accordance with Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the **18th** day of **June 2024.**

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE