**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JASON PUGH,** | ) |
| **AIS #00212315,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  CIV. ACTION: 1:22-00323-KD-N |
| | ) |
| **CHRISTOPHER GORDY,** | ) |
| *Correctional Warden III*, | ) |
| *Bibb Correctional Facility*, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice.

**DONE** this the **18th** day of **June 2024.**

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE